# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| LEROY DREIBELBEIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Cause No. 3:17-CV-00100-JD-JEM |
| DAESUNG CELTIC ENERSYS CO., LTD., | ) |
| CHALLENGER SUPPLY HOLDINGS, INC., | ) |
| and MENARD, INC., | ) |
| | ) |
| Defendants. | ) |
| ─────────────────────────────── | ) |
| | ) |
| CHALLENGER SUPPLY HOLDINGS, INC., | ) |
| | ) |
| Cross-Claim Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DAESUNG CELTIC ENERSYS CO., LTD., | ) |
| | ) |
| Cross-Claim Defendant. | ) |

**CHALLENGER SUPPLY HOLDINGS, INC.'S MOTION FOR LEAVE TO FILE
SUR-REPLY TO DAESUNG CELTIC ENERSYS CO., LTD.'S MOTION TO DISMISS**

Defendant/Cross-Claim Plaintiff Challenger Supply Holdings, Inc. ("Challenger Supply") respectfully moves the Court for leave to file a short sur-reply in opposition to Defendant Daesung Celtic Enersys Co., Ltd.'s ("Daesung's") motion to dismiss. A brief sur-reply is necessary to address evidence and argument that Daesung filed, for the first time, weeks after Challenger Supply filed its opposition brief. In support of its Motion, Challenger Supply respectfully shows the Court:

1.  Challenger Supply filed its cross-claim against Daesung on February 28, 2017. Dkt. 10.

2. Seven months later, Daesung filed a motion to dismiss for lack of personal jurisdiction and a Rule 12(b)(6) motion to dismiss Challenger Supply's cross-claim. Dkts. 33 & 34. In support of its jurisdictional argument, Daesung tendered an unsworn and unverified "affidavit" of Youngkwan Jung. Dkt. 34-1.

3. Challenger Supply filed its response in opposition to Daesung's motion to dismiss on October 13, 2017, arguing that because Daesung failed to tender any admissible evidence in support of its motion, Plaintiff needed only to have alleged a *prima facie* case of personal jurisdiction to defeat Daesung's motion. Dkt. 38.

4. Twelve days later, on October 25, 2017, Daesung filed an opposed motion to substitute its unsworn statement with a sworn affidavit. Dkt. 41. Despite representing to the Court that it was tendering a "sworn affidavit" to replace Jung's unsworn statement, Daesung actually tendered an unsworn declaration under penalty of perjury captioned as an affidavit. *See* Dkt. 41-1; 28 U.S.C. § 1746.

5. Thereafter, and before the Court granted Daesung's motion to substitute, Daesung filed a reply in support of its motion to dismiss relying on the Jung declaration and faulting Challenger Supply for not designating its own evidence on the question of jurisdiction.[1] Dkt. 44.

6. Subsequently, the Court granted Daesung's motion to substitute on November 17, 2017. Dkt. 45.

7. Challenger Supply was under no obligation to address evidence in its opposition brief that was not even in the record until after Daesung filed its reply brief. Now that the Court has accepted Daesung's evidence, Challenger Supply respectfully requests leave to file a short sur-reply addressing only Daesung's personal jurisdiction arguments.  Challenger does not seek

---

[1] Daesung received an extension of time in which to file its reply brief. Dkt. 37.

leave to file a sur-reply with respect to Daesung's Rule 12(b)(6) motion because Daesung's tendered evidence is unrelated to that issue.

8. Challenger Supply's three and one-half page proposed sur-reply brief is attached hereto. In support of its sur-reply, Challenger Supply has also tendered the Declaration of Sang Woo Lee, including a pertinent agreement between Daesung and its distributor regarding the recall of Daesung's products.

9. Challenger Supply contacted counsel for Daesung regarding this Motion. Daesung objects to the relief sought by Challenger Supply's Motion.

WHEREFORE, Defendant/Cross-Claim Plaintiff Challenger Supply Holdings, Inc. respectfully moves the Court to issue an Order granting Challenger Supply leave to file a sur-reply in opposition to Daesung's motion to dismiss and awarding all other just and proper relief.

Dated: December 2, 2017.

Respectfully submitted,

/s/ *Alexander P. Orlowski*
Matthew B. Barr          #26252-53
Alexander P. Orlowski    #30794-29
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
FAX: (317) 231-7433
Email: mbarr@btlaw.com
Email: aorlowski@btlaw.com

*Attorneys for Defendant*
*Challenger Supply Holdings, Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to counsel of record for all parties.

/s/ *Alexander P. Orlowski*

DMS 11150599v1