**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| LEROY DREIBELBEIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  3:17-cv-100 |
| | ) | |
| CHALLENGER SUPPLY HOLDINGS, INC., | ) | |
| and MENARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MENARD, INC.'S SUBMISSION IN SUPPORT OF**
**CHALLENGER SUPPLY HOLDINGS, INC.'S CITIZENSHIP**

Menard, Inc., by and through counsel, submits this response to the Court's direction, in

its June 27, 2018 Order, that Menard's provide evidence that Challenger Supply Holdings, Inc.

("Challenger Supply"), remains a Delaware Corporation following its dissolution.

1.      Plaintiff filed his Complaint on February 2, 2017.

2.      According to Delaware corporate records, accessed on July 14, 2018 and attached

hereto as Exhibit 1, Challenger Supply was dissolved on September 25, 2017.

3.      8 Del. C. § 278 states, in relevant part:

All corporations, whether they expire by their own limitation or are otherwise
dissolved, shall nevertheless be continued, for the term of 3 years from such
expiration or dissolution or for such longer period as the Court of Chancery shall
in its discretion direct, bodies corporate for the purpose of prosecuting and
defending suits, whether civil, criminal or administrative, by or against them, and
of enabling them gradually to settle and close their business, to dispose of and
convey their property, to discharge their liabilities and to distribute to their
stockholders any remaining assets, but not for the purpose of continuing the
business for which the corporation was organized. With respect to any action, suit
or proceeding begun by or against the corporation either prior to or within 3 years
after the date of its expiration or dissolution, the action shall not abate by reason
of the dissolution of the corporation; the corporation shall, solely for the purpose
of such action, suit or proceeding, be continued as a body corporate beyond the 3-

year period and until any judgments, orders or decrees therein shall be fully executed, without the necessity for any special direction to that effect by the Court of Chancery.

4.    Pursuant to 8 Del. C. 278, a Delaware corporation remains an existing corporation, organized under the laws of Delaware, for three years following its dissolution, and is thus a citizen of Delaware for purposes of jurisdictional determinations. *See, e.g. Midlandtic Nat'l Bank v. Hansen*, 48 F.3d 693, 697-98 (3d Cir. 1995); *Ross v. Venezuelan-American Indep. Oil Prod. Ass'n*, 230 F. Supp. 701, 702-04 (D. Del. 1964); *Holston Inves. Inc. B.V.I. v. LanLogistics, Corp.*, 766 F. Supp. 2d 1327, 1330-31 (S.D. Fla. 2011); *Christian v. Tex. Gas & Power Corp.*, 14 F.R.D. 80, 81 (N.D. Tex. 1952).

5.    Challenger Supply had not been dissolved for more than three years at the time Plaintiff filed and served his Complaint on February 2, 2017. Therefore, 8 Del. C. § 278 applies. Delaware corporate records, accessed on July 14, 2018 and attached hereto as Exhibit 1, show that Challenger Supply maintains active corporate status in Delaware in accordance with 8 Del. C. § 278.

6.    Based on reasonable investigation, and pursuant to 8 Del. C. § 278, Challenger Supply remains a Delaware corporation and, thus, is a citizen of Delaware for purposes of diversity jurisdiction (as outlined in the removal papers filed in this matter).

Respectfully submitted,

**TRIER LAW OFFICE, LLC**

s/Carolyn M. Trier
Carolyn M. Trier, Esq. #15581-02
P.O. Box 5528
Fort Wayne, Indiana 46895
ph:  260-485-7000
fax: 260-485-7003
carolyntrier@trierlaw.com

*and*

Mark A. Solheim*
Anthony J. Novak*
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone:  (651) 312-6500
msolheim@larsonking.com
tnovak@larsonking.com
*pro hac vice*
**Attorneys for Defendant Menard, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of July, 2018, a true and correct copy of the foregoing document was served to all counsel of record herein by CM/ECF electronic case filing system as follows:

Robert W. Hash                                   Matthew B. Barr
Kandi L. Jenkins                                 Alexander P. Orlowski
DUFFIN, HASH & COATES, LLP        BARNES & THORNBURG LLP
251 E. Ohio Street, Suite 900              11 S. Meridian Street
Indianapolis, IN 46204                       Indianapolis, IN 46204
*Attorneys for plaintiff,*                        *Attorneys for defendant,*
*Leroy Dreibelbeis*                             *Challenger Supply Holdings, Inc.*

Anthony J. Novak
Mark A. Solheim
LARSON KING
30 E. Seventh Street, Suite 2800
St. Paul, MN  55101
*Attorneys for defendant,*
*Menard, Inc.*

s/Carolyn M. Trier
Carolyn M. Trier

4